IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BART A. KENNEDY                                                                                           PLAINTIFF
ADC #119503

V.                                              5:16CV00363 JLH

WENDY KELLEY *et al*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 29th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE